# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

136293

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL GEROW,
        Plaintiff-Appellant,

v

CITY OF SAGINAW,
        Defendant-Appellee.

SC: 136293
COA: 269112
Saginaw CC: 98-025691-CZ

_____/

On order of the Court, the application for leave to appeal the January 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

Clerk

l0716